STATE OF NEW JERSEY v. DEXTER TYSON.

January 24, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. AARON CHANDLER.

January 24, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES KEENY.

January 24, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES BROWN
AND RONALD EMM.

January 24, 1989.

Leave to appeal granted.   (See 228 *N.J.Super.* 211)